IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:14-MJ-1137-RJ
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| Deanna Elizabeth Burakowski | ) |

Deanna Elizabeth Burakowski appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the court at Wilmington, North Carolina, on February 4, 2015, and entered a plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Deanna Elizabeth Burakowski has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 4 day of February, 2016.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge